**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq SBN: 326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com

Attorney for Defendant

SHARON VANCE

UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARON VANCE,<br><br>Defendant. | Case No.  1:24-CR-00231-DAD-BAM<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER**<br><br>**Date: October 08, 2025**<br><br>**Time: 1:30pm** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Sharon Vance, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Victor Nasser, Esq, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

DATED: October 01, 2025                           */s/ Sharon Vance*

                                         Sharon Vance

                                         Defendant

DATED: October 01, 2025                    /s/ *Victor Nasser*
                                           Victor Nasser, Esq
                                           Attorney for Sharon Vance

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant's appearance may be waiver at any all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:  __**October 2, 2025**__          ___/s/ *Barbara A. McAuliffe*___
                                         UNITED STATES MAGISTRATE JUDGE