**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq. (CA SBN: 326736)
1331 L Street
Bakersfield, California 93301
Tel: (661) 595-9000
Email: victor@vicnasserlaw.com

Attorney for Defendant
Sharon Vance

UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHARON VANCE,<br>Defendant. | Case No. 1:24-CR-00231-NODJ-BAM<br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER**<br>**Date: September 23, 2026**<br>**Time: 1:30pm** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Sharon Vance, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Victor Nasser, Esq., the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

This request is being made on the basis that Ms. Vance is the primary caregiver to her grandmother, Charlene Spencer. *See Exhibit A.* Ms. Spencer was recently admitted to hospice care on August 19, 2026. The needs of Ms. Spencer will be fully fulfilled by Ms. Vance, and these duties require around the clock, active, and attentive care. *See Exhibit A.*

For the reasons set for above, it is being respectfully requested that counsel be permitted to appear on behalf of Ms. Vance.

DATED: September 14, 2026

*/s/ Sharon Vance*
Sharon Vance
Defendant

DATED: September 14, 2026

/s/ *Victor Nasser*
Victor Nasser, Esq.
Attorney for Sharon Vance

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that defendant's appearance may be waived at any all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated: **September 15, 2026**

/s/ Eric P. Grosj
UNITED STATES MAGISTRATE JUDGE